BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH (CSBN 228561)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Direct:      (916) 554-2743
Facsimile:   (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | CASE NO.  2:12-cv-01586 GEB (GGH)<br><br>**STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE BETWEEN STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND THE UNITED STATES; ORDER THEREON** |
|---|---|

It is hereby stipulated by and between State Farm Mutual Automobile Insurance Company ("State Farm") and the United States of America ("United States") as follows:

1.   State Farm does hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Stipulation.

2.   The United States agrees to pay to State Farm the sum of $2,200, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this settlement, including any claims for wrongful death, for which State Farm and any parent, subsidiary, division, member, affiliated entities, or assigns, and each of them, now have or may hereafter acquire against the United States, its agents, servants, and employees.

SETTLEMENT STIPULATION; ORDER

3.      State Farm and any parent, subsidiary, division, member, affiliated entities, or assigns, and any person or entity acting on behalf of any of the foregoing, agree to accept the $2,200 in full settlement, satisfaction, and release of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of, any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States, its agents, servants, and employees on account of the same subject matter that gave rise to the above-captioned action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages. State Farm and any parent, subsidiary, division, member, affiliated entities, or assigns, and any person or entity acting on behalf of any of the foregoing, further agree to reimburse, indemnify and hold harmless the United States and its agents, servants and employees from and against any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by State Farm or its parent, subsidiary, division, member, affiliated entity, or assign, or any person or entity acting on behalf of any of the foregoing, against any third party or against the United States, including claims for wrongful death.

4.      State Farm expressly waives any rights or benefits available pursuant to Section 1542 of the Civil Code of the State of California, which provides as follows:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

The parties understand and agree that this Stipulation shall act as a release of future claims that may arise from the subject matter of the above-captioned action, whether such claims are currently known, unknown, foreseen or unforeseen. State Farm understands and acknowledges the significance and consequences of the specific waiver of section 1542 and hereby assumes full responsibility for any injury, loss, damage or liability that may be incurred hereafter by reason of or related to the subject matter that gave rise to this action.

SETTLEMENT STIPULATION; ORDER

5.     This Stipulation is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, its agents, servants, or employees, and it is specifically denied that they are liable to State Farm.  This settlement is entered into by State Farm and the United States for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

6.     It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by State Farm will be paid out of the settlement amount and not in addition thereto.

7.     It is also understood by and among the parties that pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 per centum of the amount of the compromise settlement.

8.     The persons signing this settlement agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

9.     Payment of the settlement amount will be made by check drawn on the Treasury of the United States for two thousand and two hundred dollars ($2,200) and made payable to "Clerkin & Sinclair, LLP in Trust for State Farm Mutual Automobile Insurance Company."  The check will be mailed to State Farm's attorney at the following address: Clerkin & Sinclair, LLP, 701 B Street, Suite 1160, San Diego, CA 92101.  The law firm's taxpayer ID number is 20-3335151.

10.    The parties agree that this Stipulation for Compromise Settlement and Release, including all the terms and conditions of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and State Farm expressly consents to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

11.    It is contemplated that this Stipulation may be executed in several counterparts, with a separate signature page for each party.  All such counterparts and signature pages, together, shall be deemed to be one document.

12.    Upon approval by the Court as provided below, State Farm's action against the United States is hereby DISMISSED WITH PREJUDICE in its entirety and the Clerk of the Court is requested to enter this dismissal and release in the official docket and to close the case.

SETTLEMENT STIPULATION; ORDER

13. Notwithstanding the entry of a dismissal herein, the parties agree that that the Honorable Garland E. Burrell, Jr. shall retain jurisdiction to enforce the terms of this compromise settlement.

Executed this 18th day of September 2012

BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Victoria L. Boesch
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for the United States

Executed this 17th day of September 2012

CLERKIN & SINCLAIR, LLP

By:   /s/ Richard L. Mahfouz II
RICHARD L. MAHFOUZ, II
Attorneys for Plaintiff
State Farm Mutual Automobile Insurance Company

Executed this 17th day of September 2012

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

 /s/ Richard L. Mahfouz II
By: RICHARD L. MAHFOUZ, II
Its:   Attorney, Authorized Signatory

## ORDER

**IT IS SO ORDERED, except for the parties' request that jurisdiction be retained to enforce the terms of the above compromise settlement, since sufficient reason has not been provided to justify retention of jurisdiction.**

**Date: 9/18/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

SETTLEMENT STIPULATION; ORDER